**Thomas GEIG, Plaintiff–Appellant,**

v.

**CITY OF MACEDONIA, OHIO; David Engle, in his official capacity as Magistrate of the City of Macedonia Mayor's Court; Bryan Vince, in his official as a Law Enforcement Officer and Patrolman for the City of Macedonia, and in his individual capacity, Don Kuchta, in his official capacity of Mayor of Macedonia Defendants–Appellees.**

No. 03–4058.

United States Court of Appeals, Sixth Circuit.

Oct. 20, 2004.

Melissa Graham-Hurd, Akron, OH, for Plaintiff–Appellant.

John McLandrich, Frank Scialdone, Mazanec, Raskin & Ryder Co., L.P.A., Thomas H. Hanculak, Joseph W. Diemert, Jr. & Associates Co., L.P.A., William F. Scully Jr., Williams, Sennett & Scully Co., L.P.A., Cleveland, OH, for Defendants–Appellees.

Before MARTIN, COLE, and GIBBONS, Circuit Judges.

OPINION

PER CURIAM.

Plaintiff–Appellant Thomas Geig appeals from the July 10, 2003 order of the district court granting Defendants–Appellees' motions pursuant to Fed.R.Civ.P. 12(b)(6) and dismissing his complaint, which alleged violations of Ohio Revised Code § 1905.05 and constitutional violations pursuant to 42 U.S.C. § 1983 stemming from his prosecution in a mayor's court for violating a municipal traffic law. In his complaint, Geig alleged that: (1) Defendant Kornuc,[1] the Mayor of Macedonia, Ohio, is prohibited by the Due Process Clause of the Fourteenth Amendment from appointing any person as a magistrate; (2) Defendant Engle, a Magistrate of the City of Macedonia's Mayor's Court, was not a neutral and detached judicial officer; and (3) Defendant Vince, a law enforcement officer for the City of Macedonia, seized Geig without probable cause. Geig sought a permanent injunction enjoining Defendant Kornuc from appointing anyone to the position of magistrate, compensatory damages, punitive damages, and attorneys' fees.

We review a district court's dismissal of a claim pursuant to Fed. R. Civ. 12(b)(6) *de novo*. *Bloch v. Ribar*, 156 F.3d 673, 677 (6th Cir.1998). We have reviewed the record and the parties' submissions, and, for substantially the same reasons set forth in the district court's order dated July 10, 2003, we AFFIRM the judgment dismissing Geig's complaint.

1. During the pendency of this appeal, former Macedonia Mayor Kornuc was succeeded by current Macedonia Mayor Don Kuchta, who was properly substituted as a party.